# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 22-cv-00416-REB-MDB

JAMES "GREG" CROWELL,

    Plaintiff,

DAVID BENNEFIELD, SR., DAVID BENNEFIELD, JR.,
AND JORGE RIVERON,

    Plaintiff – Intervenors

v.

JOSHUA ALFORD and V TRANSPORTATION, LLC,

    Defendants.

## MINUTE ORDER[1]

This matter is before me on the following: (1) **Plaintiff's Motion to Admit Evidence of Plaintiff Gregory Crowell's Impairment Rating of 33%** [#145][2] filed August 17, 2023; and (2) **Plaintiff's Motion in Limine and Trial Brief Concerning Matters That Are Not Evidence Driven** [#151] filed August 25, 2023.

All claims between and among all parties to this case have been resolved by stipulated settlement or acceptance of an offer of judgment. With no claims pending, the two motions listed above are denied as moot.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Plaintiff's Motion to Admit Evidence of Plaintiff Gregory Crowell's Impairment Rating of 33%** [#145] is denied as moot; and

2. That the **Plaintiff's Motion in Limine and Trial Brief Concerning Matters That Are Not Evidence Driven** [#151] is denied as moot.

Dated: March 5, 2024.

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#145]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.